United States District Court
Northern District
Lufkin Texas Division

Darrell Roberts

Vs.                                    9:19cv157

Gib Lewis Unit Warden
& TDCJ Director

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
AUG 29 2019
BY _____ DEPUTY

Petition To Change Prison Conditions
According To 18 USC § 3626

Petitioner Darrell Roberts #1273928 Is A State Prisoner Housed At Gib Lewis Unit 777 F.M. 3497 Woodville, TX. 75990 # 409-283-8181 And Will Show The Court The Following:

Prisoners Cries for Help To Not Breath In Secound Hand Smoke From K2 Drugs, Cigarettes And, To Stay Clear Of Alcoholic Beverages Are Met With Negative Response "Hence" Ignored.

Officials Know These Conditions Exist And Do Nothing To Stop It And The Secound Hand Smoke Is Endangering My Life And Has Worsened My COPD Problem.

The Prisons Here In Texas Will Probably Say These Conditions Don't Exist But If The Court Will Send A Special Master To Investigate These Conditions, The Court Will Have Additional Proof.

The Court Has The Authority To Order The Prison To Change These Hazardess Health Conditions So The Inmates Live In Safe Conditions.

1 of 2

PRAYER

THEREFORE, PREMISES CONSIDERS, THE PETITIONER ASK THE COURT TO ORDER THE GIB LEWIS PRISON FACILITY 777 F.M. 3497 WOODVILLE, TX. 75990 TO CHANGES THE HAZORDESS CONDITIONS IN WHICH PRISONERS LIKE.

CERTIFICATE OF SERVICE

PETITIONER DARRELL ROBERTS #1273928 CERTIFIES THAT A TRUE AND CORRECT COPY OF THE FORGOING HAVE BEEN SERVED ON RESPONDENTS 26 AUG 19 POSTAGE PREPAID. ADDRESSED TO:

COURT CLERK:
USDC E. TX.
LUFKIN DIVISION
104 N. 3RD ST.
LUFKIN TX 75901

RESPECTFULLY SUBMITTED
DARRELL ROBERTS #1273928
GIB LEWIS 777 F.M. 3497
WOODVILLE, TX. 75990

*/s/ Darrell Roberts*

2 OF 2

1273928 Darrell Roberts Sr.  
(a.k.a. "Gia Lewis" 777 F.M. 3497)  
Woodville, TX. 75979  
# 409-283-8181  

USDC E. TX.  
Lufkin, TX., Division 75901  
104 N. 3rd. St., Ct. House